

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the San Diego Electrical Pension Trust; Board of Trustees of the San Diego Electrical Health & Welfare Trust; Andy Berg, Trustee; Andrew McKercher, Trustee<br><br>**Plaintiff,**<br><br>v.<br><br>Sullivan Solar Power of California, Inc., a California corporation<br><br>**Defendant.** | Civil Action No. 19cv474-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered in favor of Plaintiffs Board of Trustees of the San Diego Electrical Pension Trust, Board of Trustees of the San Diego Electrical Health & Welfare Trust, Andy Berg, and Andrew McKercher; and against Defendant Sullivan Solar Power of California, Inc., in the amount of $391,729.71, and pursuant to the terms of the stipulation attached as Exhibit 1 hereto.

| | |
|---|---|
| **Date:** 5/23/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ R. Chapman<br>R. Chapman, Deputy |