# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST, et al., <br><br>             Plaintiffs, <br><br> v. <br><br> SULLIVAN SOLAR POWER OF CALIFORNIA, INC., <br><br>             Defendant. | Case No. 19-cv-474-MMA (BLM) <br><br> **FIRST AMENDED JUDGMENT PURSUANT TO THE PARTIES' STIPULATION FOR ENTRY OF JUDGMENT** <br><br> [Doc. No. 19] |

The parties have filed a request for entry of judgment for a First Amended Judgment pursuant to the parties' stipulation and request the Clerk of Court to close the case. *See* Doc. No. 19. Pursuant to an amended stipulation entered into by and among the parties, **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in this action according to the amended stipulation filed at Doc. No. 19-1. The Court **DIRECTS** the Clerk of Court to enter a separate Clerk's judgment accordingly and to close the case.

     **IT IS SO ORDERED**.

Dated: June 9, 2020

                                HON. MICHAEL M. ANELLO
                                United States District Judge