

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

V.

Sullivan Solar Power of California, Inc.,
a California corporation,

**Defendant.**

Civil Action No.  19cv0474-MMA-BLM

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment is entered in this action according to the amended stipulation filed at Doc. No. 19-1.

Date:         6/10/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris
T. Ferris, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19cv0474-MMA-BLM

Board of Trustees of the San Diego Electrical Pension Trust;
Board of Trustees of the San Diego Electrical Health & Welfare Trust;
Andy Berg, Trustee;
Andrew McKercher, Trustee,

Plaintiffs