# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SULLIVAN SOLAR POWER OF CALIFORNIA, INC.,<br><br>Defendant. | Case No. 19-cv-474-MMA (BLM)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. No. 45] |

On September 7, 2022, Plaintiffs Board of Trustees of the San Diego Electrical Pension Trust, Board of Trustees of the San Diego Electrical Health & Welfare Trust, and Andy Berg and Andrew McKercher, Trustees, filed a motion to substitute attorney. *See* Doc. No. 45. They seek to substitute as counsel of record Susan Graham Lovelace, Esq., of Laquer, Urban, Clifford & Hodge LLP in place of Tino Xuan Do, Esq., of Saltzman & Johnson Law Corporation. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the docket of this action accordingly.

**IT IS SO ORDERED**.

Dated: September 15, 2022

HON. MICHAEL M. ANELLO
United States District Judge

1

19-cv-474-MMA (BLM)